IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| BRANDON L. WINSLOW,<br><br>      Plaintiff,<br><br>    v.<br><br>PROVIDENCE HEALTH & SERVICES - OREGON,<br><br>      Defendant. | Case No. 14CV16225<br><br>NOTICE TO CIRCUIT COURT CLERK OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON |

TO:   Clerk of the Circuit Court
        Multnomah County Circuit Court
        1021 SW 4th Avenue
        Portland, Oregon 97204

      PLEASE TAKE NOTICE that defendant caused to be filed on December 31, 2014, its Notice of Removal in the Portland Office of the clerk of the United States District Court for the District of Oregon pursuant to 28 U.S.C. § 1446(a). A copy of the Notice of Removal (without exhibits) accompanies and is submitted with this Notice.

**Page 1 – Notice to Circuit Court Clerk of Removal of Action**

The filing of the Notice effects the removal of this case and, pursuant to 28 USC § 1445(d), "the state court shall proceed no further unless and until the case is remanded."

Dated this 31st day of December, 2014.

DRUCKMAN & BLATT, P.C.

s/Janine C. Blatt
Janine C. Blatt
OSB No. 922323
janine@jjdlaw.com

Attorney for Defendant

**Page 2 – Notice to Circuit Court Clerk of Removal of Action**

I hereby certify that I served the foregoing **Notice to Circuit Court Clerk of Removal of Action to the United States District Court for the District of Oregon** on:

> Talia Y. Stoessel
> Bennett, Hartman, Morris & Kaplan, LLP
> 210 S.W. Morrison St. Suite 500
> Portland, Oregon 97204
> stoesselt@bennetthartman.com

> Attorney for Plaintiff

by the following indicated method or methods:

☒ by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐ by causing a full, true, and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

☐ by sending a full, true, and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

☐ by **faxing** a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth below.

Dated this 31st day of December, 2014.

> s/Janine C. Blatt
> Janine C. Blatt
>
> Attorney for Defendant

Page 1 – Certificate of Service